Sherry D. BATTLE, Plaintiff–
Appellant,

v.

Charles E. POSTON, Individually and in his official capacity as Chief Judge, Fourth Judicial Circuit of Virginia, Circuit Court of the City of Norfolk; John C. Morrison, Jr.; John E. Clarkson; William F. Rutherford; Everett A. Martin, Jr.; Lydia C. Taylor; Marc Jacobson; Junius P. Fulton, III; Joseph A. Leafe, Individually and in their official capacities as Judges, Fourth Judicial Circuit of Virginia, Circuit Court of the City of Norfolk; Albert Teich, individually and in his official capacity as Clerk, Circuit Court of the City of Norfolk; Charles Studds, Individually and in his former official capacity as Chief Magistrate for the City of Norfolk; Charles D. Griffith, Jr., Individually and in his official capacity as Commonwealth's Attorney of the City of Norfolk; William P. Robinson, Jr.; Kenneth E. Roberts, Defendants–Appellees.

Sherry D. Battle, Plaintiff–Appellant,

v.

Charles E. Poston, Individually and in his official capacity as Chief Judge, Fourth Judicial Circuit of Virginia, Circuit Court of the City of Norfolk;

John C. Morrison, Jr.; John E. Clarkson; William F. Rutherford; Everett A. Martin, Jr.; Lydia C. Taylor; Marc Jacobson; Junius P. Fulton, III; Joseph A. Leafe, Individually and in their official capacities as Judges, Fourth Judicial Circuit of Virginia, Circuit Court of the City of Norfolk; Albert Teich, individually and in his official capacity as Clerk, Circuit Court of the City of Norfolk; Charles Studds, Individually and in his former official capacity as Chief Magistrate for the City of Norfolk; Charles D. Griffith, Jr., Individually and in his official capacity as Commonwealth's Attorney of the City of Norfolk; William P. Robinson, Jr.; Kenneth E. Roberts, Defendants–Appellees.

Sherry D. Battle, Plaintiff–Appellant,

and

Elite Child, Incorporated, Plaintiff,

v.

Schroder Chesapeake, Incorporated, t/a Greenbrier Mall; E. Preston Grissom, Individually and in his capacity of Judge, Judicial Circuit of Virginia, Circuit Court of the City of Chesapeake; Charles E. Poston, Individually and in his official capacity as Chief Judge, Fourth Judicial Circuit of Virginia, Circuit Court of the City of Norfolk; John C. Morrison, Jr.; John E. Clarkson; William F. Rutherford; Everette A. Martin, Jr.; Lydia C. Taylor; Marc Jacobson; Junius P. Fulton, III; Joseph A. Leafe, Individually and in their official capacity as Judges, Fourth Judicial Circuit of Virginia, Circuit Court of the City of Norfolk; Albert Teich, Individually and in his official capacity as Clerk, Circuit Court of the City of Norfolk; Charles Studds, Individually and in

his former official capacity as Chief Magistrate for the City of Norfolk; Charles D. Griffith, Jr., Individually and in his official capacity as Commonwealth's Attorney of the City of Norfolk; William P. Robinson, Jr.; Kenneth E. Roberts, Defendants–Appellees,

v.

Luther C. Edmonds, Movant–Appellee.

Nos. 01–2368, 01–2472, 01–2484.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 27, 2002.

Sherry D. Battle, Appellant Pro Se. Alan Brody Rashkind, Furniss, Davis, Rashkind & Saunders, Norfolk, Virginia; Mark L. Earley, Gregory E. Lucyk, Edward Meade Macon, Mary Elizabeth Shea, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

In Nos. 01–2368 and 01–2472, Sherry Battle appeals from the district court's orders denying her application for leave to file a 42 U.S.C.A. § 1983 (West Supp.2001) complaint. The district court denied Battle's application, because she failed to comply with the terms of a properly imposed prefiling injunction. In No. 01–2484, Battle appeals from the district court's order

denying her motion to set aside a prior order entering sanctions against her. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Battle v. Poston,* No. CA–01–30–2; *Battle v. Shroder Chesapeake, Inc.,* No. CA–98–488–2 (E.D. Va. filed Oct. 11, 2001 & entered Oct. 12, 2001; Dec. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*